Revised 05/01 WDNY
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

James I Wynn Sr.
(Name of Plaintiff or Petitioner)

v.

William C. Keith
(Name of Defendant(s) or Respondent(s))

**MOTION TO PROCEED *IN FORMA PAUPERIS*
AND SUPPORTING AFFIRMATION**
14 -CV- 6123

I, James I Wynn Sr., *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

**I further declare that the responses which I have made in this affirmation below are true.**

1. Are you presently employed? Yes ____ No ✓
   My Employer's Name and Address is: I am retired and I am presently in Chapter 13 Bankruptcy Case NO (13-20304) all of my income is accounted for in my Bankruptcy.
   My Gross Monthly Wages are: $ 3,775.60
   If you are not presently employed, state
   Your Last Date of Employment: ____
   Your Gross Monthly Wages at that time: ____
   Is your spouse presently employed? Yes ____ No ____
   My Spouse's Employer's Name and Address is: ____
   
   My Spouse's Gross Monthly Wages are $ ____

2. Have you received **any money** from any of the following sources within the past twelve months:
   a. Business, profession or self-employment? Yes ✓ No ____
      If yes, state **source** and **amount received** per month $ income property, I also 500.00 monthly to Chapter 13 Trustee
   b. Rent payments, interest or dividends? Yes ____ No ____
      If yes, state **source** and **amount received** per month $ income property I also pay 500.00 monthly to Trustee
   c. Pensions, annuities, disability, or life insurance payments? Yes ✓ No ____
      If yes, state **source** and **amount received** per month $ ____
   d. Gifts or inheritances? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ ____
   e. Child Support? Yes ____ No ____
      If yes, state **amount received** each month $ ____
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes ✓ No ____
      If yes, state **source** and **amount received** per month $ 1968
   g. Friends, Relatives or any other source? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ ____
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
   ____

3. What is your total gross monthly income today: $ 3,775.60

4. How much **cash** do you have on hand? $ About 300.00

5. How much money do you have in a **checking account(s)**? $ _Approx. $300.00 after paying bills_

6. How much money do you have in a **savings account(s)**? $ _none_

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE:** prisoners must have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): _____

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes _✓_ No ___
   If so, **describe** the property in detail and give an **estimated value** of the property: _7 Kencrest Cir assessment 122,800. 3840 Lake Ave assessment 144,000. 28-40 Elmdorf Ave Assessment 77,000_
   If you own property, are you paying off a **loan** or mortgage on it? Yes ___ No ___
   If yes where are you obtaining the money to make such payments: _I have a reverse mortgage on 7 Kencrest Circle my primary residents._

9. If you are not an inmate, state your **total monthly household expenses**:
   Rent or mortgage $_____    Food $ _300.00_   Utilities $ _475.00_   All other expenses $_____
   If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses
   _____

10. List all of the people who are in your household and state the amount of money each one contributes to household expenses each month: _____

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes _✓_ No ___
    If the answer is yes, please include the court and date of filing _I am presently in Chapter 13 Bankruptcy Filed February 27, 2013 Case No 13-20304_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _8-8-2014_         _James J. Wynn Sr._
      (Date)                      (Applicant's Signature)

---

## PRISON CERTIFICATION SECTION
(Required for Prisoner Requests Only; Prisoner Requests **Must** Have This Section Completed By Prison Official)

**I certify** that the movant has the sum of $ _____ on account to his/her credit at the _____ Correctional Facility where s/he is currently confined.

**I further certify** that the movant has the following securities to his/her credit according to the institution's records: _____

**I further certify** that the movant's average account balance was $ _____ during the last six months.

_____
Signature of Authorized Officer of Institution

_____
Print Name of Authorized Officer of Institution