UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMES I. WYNN, Sr.,

    Plaintiff,

    -v-

WILLIAM C. REITH,

    Defendant.

DECISION AND ORDER
14-CV-6173L

---

Plaintiff seeks poor person status to appeal this Court's determination that he does not qualify for poor person status (Docket No. 6). The Court is "'conscientiously' convinced that there is no substantial question for review and that an appeal will be futile." *U.S. v. Farley*, 238 F.2d 575 (C.A.2 1956). The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order dated April 21, 2014 would not be taken in good faith, and leave to appeal to the Court of Appeals as a poor person is denied. *Coppedge v. United States*, 369 U.S. 438 (1962).

Further requests to proceed on appeal as a poor person should be directed, on motion, to the United States Court of Appeals for the Second Circuit, in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

IT IS SO ORDERED.

                                                DAVID G. LARIMER
                                               United States District Judge

DATED: September 3, 2014
          Rochester, New York