UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF NEW YORK

Form 1

James I Wynn Sr.,

Plaintiff,

v.

William C. Reith Esq.

Defendant(s).

NOTICE OF APPEAL

14 -CV- 6173L

Notice is hereby given that James I Wynn Sr. [print your name], Plaintiff [identify yourself as plaintiff or defendant in the district court action] in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from ✓ all _____ part [check one] of the decision of this Court entered on September 5, 20 14.

[Complete the next section only if you are not appealing the whole order.] I am appealing from the part of the order which _____

Dated: September 30 20 14

Signature: James J. Wynn Jr. Pro Se

Print Your Name: James I Wynn Sr.
**Appearing Pro Se**

Address: 7 Kencrest Circle  
Rochester New York 14606

Telephone: 585-330-1500