Revised 05.01 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

*(James I Wynn Sr.*
(Name of Plaintiff or Petitioner)

v.

*William C. Reith Esq*
(Name of Defendant(s) or Respondent(s))

[stamp: UNITED STATES DISTRICT COURT FILED OCT 0 3 2014 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY]

**MOTION TO PROCEED *IN FORMA PAUPERIS*
AND SUPPORTING AFFIRMATION**

__14__-CV-__6173b__

I, *James I Wynn Sr.*, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

**I further declare that the responses which I have made in this affirmation below are true.**

1.  Are you presently employed? Yes _____ No ✓
    My Employer's Name and Address is: *I am retired and I am presently in Chapter 13 Bankruptcy Case No (13-20304) all of my income is accounted for in my Bankruptcy*
    My **Gross Monthly Wages** are: $ *3,775.60*
    If you are not presently employed, state
    Your Last Date of Employment: _____
    Your Gross Monthly Wages at that time: _____
    Is your spouse presently employed? Yes _____ No _____
    My Spouse's Employer's Name and Address is: _____
    _____
    _____
    My Spouse's **Gross Monthly Wages** are $_____

2.  Have you received **any money** from any of the following sources within the past twelve months:
    a.  Business, profession or self-employment? Yes ✓ No _____.
        If yes, state **source** and **amount received** per month $ *income property, I also $500.00 monthly To Chapter 13 Trustee*
    b.  Rent payments, interest or dividends? Yes _____ No _____
        If yes, state **source** and **amount received** per month $ *income property I also pay 500.00 monthly to Trustee*
    c.  Pensions, annuities, disability, or life insurance payments? Yes ✓ No _____
        If yes, state **source** and **amount received** per month $_____
    d.  Gifts or inheritances? Yes _____ No ✓
        If yes, state **source** and **amount received** per month $_____
    e.  Child Support? Yes _____ No _____
        If yes, state **amount received** each month $_____
    f.  Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes ✓ No _____
        If yes, state **source** and **amount received** per month $ *1968*
    g.  Friends, Relatives or any other source? Yes _____ No ✓
        If yes, state **source** and **amount received** per month $_____
    If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
    _____
    _____
    _____

3.  What is your total gross monthly income today: $ *3,775.60*

4.  How much **cash** do you have on hand? $ *Aprox. 300.00*

5. How much money do you have in a **checking account(s)?** $ _Appox. 300.⁰⁰ after paying bills_

6. How much money do you have in a **savings account(s)?** $ _none_

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE:** prisoners <u>must</u> have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): _____

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes _✓_ No _____
   If so, **describe** the property in detail and give an **estimated value** of the property: _7 Kencrest Cir. assesment_ _122,800 3840 Lick Ave assessment 144,000 28-40 Elmdale Ave._ _Assesment 77,000_
   If you own property, are you paying off a **loan or mortgage** on it? Yes _____ No _____
   If yes where are you obtaining the money to make such payments: _I have a reverse mortgage_ _on 7 Kencrest Circle my primary resident_

9. If you are not an inmate, state your **total monthly household expenses:**
   Rent or mortgage $ _____   Food $ _300.⁰⁰_ Utilities $ _475.⁰⁰_   All other expenses $ _____
   If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses
   _____
   _____
   _____

10. List all of the people who are in your household and state the amount of money each one contributes to household expenses each month: _____
    _____

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____
    _____
    _____

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes _✓_ No _____
    If the answer is yes, please include the court and date of filing _I am presently in chapter 13_ _Bankrupty Filed February 27, 2013 Case no 13-20304_

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _9-30-2014_        _James J. Oswald_
     (Date)                                    (Applicant's Signature)

---

## PRISON CERTIFICATION SECTION

**(Required for Prisoner Requests Only; Prisoner Requests <u>Must</u> Have This Section Completed By Prison Official)**

**I certify** that the movant has the sum of $ _____ on account to his/her credit at the _____
_____ Correctional Facility where s/he is currently confined.
**I further certify** that the movant has the following securities to his/her credit according to the institution's records: _____
_____.
**I further certify** that the movant's average account balance was $ _____ during the last six months.

_____
Signature of Authorized Officer of Institution

_____
Print Name of Authorized Officer of Institution