**MANDATE**

W.D.N.Y.
14-cv-6173
Larimer, J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of November, two thousand fourteen.

Present:
    Amalya L. Kearse,
    Dennis Jacobs,
    Reena Raggi,
        *Circuit Judges.*

James I. Wynn, Sr.,

    *Plaintiff-Appellant*,

v.        14-3011

William C. Reith,

    *Defendant-Appellee*.

Appellant, pro se, moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED, and the appeal is DISMISSED because it lacks an arguable basis in law or fact, *see* 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), based on the information Appellant provided to the district court.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/18/2014